STEPHANIE YONEKURA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6551
     Facsimile: (213) 894-0115
     E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUGUST BOHANEC and MARIA BOHANEC, <br><br> Defendants. | Case No.: 2:15-CV-4347 <br><br> Complaint to reduce FBAR penalty to judgment |

The United States of America, Plaintiff, for its complaint against August Bohanec and Maria Bohanec, Defendants, alleges:

**I.     Jurisdiction and venue.**

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345 because this action arises under the laws of the United States and because the United States is the plaintiff.

2. This action is brought under 31 U.S.C. § 3711(g)(4)(C) at the direction of the Attorney General of the United States and at the request of, and with the authorization of, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

3. Venue for this action is within the Central District of California under 28 U.S.C. § 1391 because Defendants reside within this judicial district.

**II.    Statutory and regulatory provisions for the FBAR penalty.**

4. Section 5314 of Title 31 of the United States Code authorizes the Secretary of the Treasury to require United States citizens to report certain transactions with foreign financial agencies.

5. Under the implementing regulations of § 5314, "[e]ach United States person having a financial interest in, or signature or other authority over, a bank, securities, or other financial account in a foreign country shall report such relationship to the Commissioner of Internal Revenue for each year in which such relationship exists[.]"  31 C.F.R. § 1010.350(a).

6. The report must be filed with the IRS on a Report of Foreign Bank and Financial Accounts which is also referred to as an FBAR.  The report is due by June 30 "of each calendar year with respect to foreign

1  financial accounts exceeding $10,000 maintained during the previous
2  calendar year." 31 C.F.R. § 1010.306(c).
3      7.    For willful violations of the reporting requirements mandated by
4  31 U.S.C. § 5314, Congress—through 31 U.S.C. § 5321(a)(5)(C)(i)—
5  authorized a maximum penalty of the greater of (1) $100,000 or (2) 50% of
6  the balance in the account at the time of the violation.
7      8.    Under 31 U.S.C. § 5321(b)(2)(A), the Government may bring suit
8  to recover the penalty assessed under 31 U.S.C. § 5321(a) at any time before
9  the end of the 2-year period beginning on the date the penalty was assessed.

**III. The Bohanecs did not comply with the statutory requirements for reporting their interests in foreign bank accounts.**

    9.    August Bohanec is a United States citizen.

    10.    Maria Bohanec is a United States citizen.

    11.    In 2007, August Bohanec and Maria Bohanec maintained at least one foreign financial account which had a balance that exceeded $10,000.

    12.    August Bohanec and Maria Bohanec were required by law to file a FBAR disclosing their financial interest in their foreign financial accounts for 2007.

    13.    August Bohanec and Maria Bohanec willfully failed to timely disclose their financial interests in foreign financial accounts for 2007 as required by 31 U.S.C. § 5314.

    14.    At the time of their violation, the balance of their interests in foreign financial accounts was at least $643,662.

## Count I
## Claim to reduce FBAR penalty assessment
## against August Bohanec to judgment
## (against August Bohanec only)

15. The United States realleges paragraphs 1 through 14.

16. On June 10, 2013, the Internal Revenue Service assessed an FBAR penalty in the amount of $160,915.75 against August Bohanec for his willful failure to report his interest in foreign financial accounts as required by 31 U.S.C. § 5314.

17. On June 10, 2013, notice and demand for payment of the penalty was sent to August Bohanec.

18. Interest and penalties have accrued on the assessed FBAR penalty as provided by law.

19. This action is brought within the two-year limitations period specified in 31 U.S.C. § 5321(b)(2)(A).

20. The United States is entitled to judgment against August Bohanec in the amount of $160,915.75 plus all statutory accruals including interest and penalties plus costs and expenses.

## Count II
## Claim to reduce FBAR penalty assessment
## against Maria Bohanec to judgment
## (against Maria Bohanec only)

21. The United States realleges paragraphs 1 through 14.

22. On June 10, 2013, the Internal Revenue Service assessed an FBAR penalty in the amount of $160,915.75 against Maria Bohanec for her willful failure to report her interest in foreign financial accounts as required by 31 U.S.C. § 5314.

3

1    23.   On June 10, 2013, notice and demand for payment of the penalty
2 was sent to Maria Bohanec.
3    24.   Interest and penalties have accrued on the assessed FBAR
4 penalty as provided by law.
5    25.   This action is brought within the two-year limitations period
6 specified in 31 U.S.C. § 5321(b)(2)(A).
7    26.   The United States is entitled to judgment against Maria Bohanec
8 in the amount of $160,915.75 plus all statutory accruals including interest
9 and penalties plus costs and expenses.
10
11    Wherefore, the United States of America, Plaintiff, requests the Court
12 to:
13    A.   Enter judgment in favor of the United States of America and
14 against August Bohanec in the amount of $160,915.75 plus all statutory
15 accruals including interest and penalties plus costs and expenses;
16    B.   Enter judgment in favor of the United States of America and
17 against Maria Bohanec in the amount of $160,915.75 plus all statutory
18 accruals including interest and penalties plus costs and expenses;
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4

1 and

2     C.     Any further relief that the Court deems just and appropriate.

Dated: June 9, 2015

> STEPHANIE YONEKURA
> Acting United States Attorney
> SANDRA R. BROWN
> Assistant United States Attorney
> Chief, Tax Division
>
> **/s/ Andrew T. Pribe**
> ANDREW T. PRIBE
> Assistant United States Attorney