EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUGUST BOHANEC and MARIA BOHANEC, <br><br> Defendants. | Case No.: 2:15-CV-4347 DDP (FFMx) <br><br> United States of America's witness list <br><br> Pretrial Conference: Oct. 24, 2016 at 11 a.m. <br> Trial date: November 1, 2016 <br><br> Judge Dean D. Pregerson |

1  The United States of America, Plaintiff, identifies the following
2  witnesses for trial:
3      1. August Bohanec as an adverse witness.
4      2. Maria Bohanec as an adverse witness.
5      3. *Representative of the IRS, if needed, to authenticate documents.

Dated: October 3, 2016

EILEEN M. DECKER  
United States Attorney  
THOMAS D. COKER  
Assistant United States Attorney  
Chief, Tax Division

**/s/ Andrew T. Pribe**  
ANDREW T. PRIBE  
Assistant United States Attorney

1