```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                            NOV 1 2016

                      CENTRAL DISTRICT OF CALIFORNIA
                                           DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 15-04347 DDP (FFMx) |
| Plaintiff, | EXHIBIT AND WITNESS LIST |
| v. | |
| AUGUST BOHANEC, et al | |
| Defendants. | |

The United States of America, Plaintiff, and August Bohanec and Maria Bohanec, Defendants, stipulate to the authenticity and admissibility of the following exhibits:

| Exhibit no. | Description | Date identified | Date admitted |
|---|---|---|---|
| 1 | Penalty assessment certification for FBAR penalty against August Bohanec | NOV 1, 2016 | NOV 1, 2016 |
| 2 | Penalty assessment certification for FBAR penalty against Maria Bohanec | | |
| 3 | OSB of August Bohanec penalty assessment as of June 26, 2015 | | |
| 4 | *Not used (this number correlates to a deposition exhibit which will not be used at trial)* | | |
| 5 | *Not used (this number correlates to a deposition exhibit which will not be used at trial)* | | |
| 6 | *Not used (this number correlates to a deposition exhibit which will not be used at trial)* | | |

| 7 | OSB of Maria Bohanec penalty assessment as of June 26, 2015 | NOV 1, 2016 | NOV 1, 2016 |
|---|---|---|---|
| 8 | UBS statement of assets as of June 30, 2008 | | |
| 9 | UBS statement of assets as of July 31, 2008 | | |
| 10 | UBS statement of assets as of December 31, 2008 | | |
| 11 | UBS notice dated June 19, 2003, regarding $10,000 transfer | | |
| 12 | UBS notice dated July 18, 2003, regarding $25,000 transfer | | |
| 13 | UBS notice dated December 10, 2003, regarding $20,000 transfer | | |
| 14 | UBS notice dated February 3, 2006, regarding $25,000 transfer | | |
| 15 | UBS notice dated November 23, 2006, regarding $7,500 transfer | | |
| 16 | Letter from Steiermärkische Bank und Sparkassen AG enclosing records of transfers | | |

| | | | | |
|---|---|---|---|---|
| 17 | UBS account statement for 2003 with handwritten notations from Hodgen Law Group used in the preparation of the Bohanecs' 2003 federal income-tax return dated May 19, 2011 | Nov 1, 2016 | Nov 1, 2016 | |
| 18 | UBS account statement for 2004 with handwritten notations from Hodgen Law Group used in the preparation of the Bohanecs' 2004 federal income-tax return dated May 19, 2011 | | | |
| 19 | UBS account statement for 2005 with handwritten notations from Hodgen Law Group used in the preparation of the Bohanecs' 2005 federal income-tax return dated May 19, 2011 | | | |
| 20 | UBS account statement for 2006 with handwritten notations from Hodgen Law Group used in the preparation of the Bohanecs' 2006 federal | | | |

| | | | Nov 1, 2016 | Nov 1, 2016 |
|---|---|---|---|---|
| | | income-tax return dated May 19, 2011 | | |
| | 21 | UBS account statement for 2007 with handwritten notations from Hodgen Law Group used in the preparation of the Bohanecs' 2007 federal income-tax return dated May 19, 2011 | | |
| | 22 | UBS account statement for 2008 with handwritten notations from Hodgen Law Group used in the preparation of the Bohanecs' 2008 federal income-tax return dated May 19, 2011 | | |
| | 23 | Application for Voluntary Disclosure Program for Offshore Accounts dated December 21, 2009, but signed January 6, 2010 | | |
| | 24 | Preliminary acceptance letter into Voluntary Disclosure Program for Offshore Accounts dated January 19, 2010 | | |
| | 25 | FBAR for 2003 dated May 19, 2011 | | |

4

| | | | |
|---|---|---|---|
| 26 | FBAR for 2004 dated May 19, 2011 | Nov 1, 2016 | Nov 1, 2016 |
| 27 | FBAR for 2005 dated May 19, 2011 | | |
| 28 | FBAR for 2006 dated May 19, 2011 | | |
| 29 | FBAR for 2007 dated May 19, 2011 | | |
| 30 | FBAR for 2008 dated May 19, 2011 | | |
| 31 | Federal income-tax return for 2003 dated May 19, 2011 | | |
| 32 | Federal income-tax return for 2004 dated May 19, 2011 | | |
| 33 | Federal income-tax return for 2005 dated May 19, 2011 | | |
| 34 | Federal income-tax return for 2006 dated May 19, 2011 | | |
| 35 | Federal income-tax return for 2007 dated May 19, 2011 | | |
| 36 | Federal income-tax return for 2008 dated May 19, 2011 | | |
| 37 | IRS notice of deficiency for tax years 2003, 2005, 2006, 2007, 2008, 2009, and 2010 | | |

| | | | |
|---|---|---|---|
| 38 | IRS account transcript for the Bohanecs' federal income-tax liability for 1998 | NOV 1, 2016 | NOV 1, 2016 |
| 39 | Blank 1998 1040 federal income-tax return with schedules A & B | ( | ( |
| 40 | Instructions for 1998 schedule B | | |

For Plaintiff,
UNITED STATES OF AMERICA

**/s/ Andrew T. Pribe** Date: 10/3/16

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (SBN: 254904)
Assistant United States Attorney
300 N. Los Angeles Street
Federal Building, Room 7211
Los Angeles, California  90012
Telephone: (213) 894-6551
Facsimile: (213) 894-0115
Email: andrew.t.pribe@usdoj.gov

For Defendants,
AUGUST BOHANEC and
MARIA BOHANEC

**/s/ Edward M. Robbins, Jr.** Date:10/3/16

EDWARD M. ROBBINS, JR.
(SBN: 82696)
HOCHMAN, SALKIN, RETTIG,
   TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California  90212
Phone: (310) 281-3200
Facsimile: (310) 859-5129
Email: edr@taxlitigator.com

*United States v. Bohanec,* case no. 2:15-cv-4347 DDP-FFM

United States of America's witness list

1. Maria Bohanec ✓
2. August Bohanec ✓