EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Previously   JS-6

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CV-4347 DDP (FFMx) |
| Plaintiff, | Judgment |
| v. | |
| AUGUST BOHANEC and MARIA BOHANEC, | |
| Defendants. | |

For the reasons set forth in the Court's findings of fact and conclusions of law (dkt. 38, filed December 8, 2016):

1. Judgment is entered in favor of the United States of America and against August Bohanec in the amount of $160,915.75 plus all statutory accruals including interest and penalties plus costs and expenses.

2. Judgment is entered in favor of the United States of America and against Maria Bohanec in the amount of $160,915.75 plus all statutory accruals including interest and penalties plus costs and expenses.

IT IS SO ORDERED.

DATED: December 20, 2016

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE